IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
OCT 1 7 2001
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | | |
|---|---|---|
| OKLAHOMANS FOR LIFE, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-00-1163-C |
| | ) | |
| JOHN DEWITT LUTON, et al., | ) | |
| | ) | |
| Defendants | ) | |

### ORDER

Absent the agreement of all counsel, an early settlement conference is seldom an efficient or economical use of the Court's or the litigants' resources. Accordingly, Defendants' Motion to Set Settlement Conference is, at this time, denied.

IT IS SO ORDERED this 17th day of October, 2001.

ROBIN J. CAUTHRON
UNITED STATES DISTRICT JUDGE

00cv1163-ord.wpd