IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED
NOV 8 2001
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| OKLAHOMANS FOR LIFE, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-00-1163 C |
| JOHN D. LUTON, in his official capacity as Chairman of the Oklahoma Ethics Commission, et al. | ) |
| Defendants. | ) |

### JUDGMENT ~~ORDER~~

The parties have stipulated and agreed to the following Order, pursuant to Fed.R.Civ.P.54, and therefore, IT IS HEREBY DECREED, ADJUDGED, AND ORDERED:

1. That the statutory definition of "independent expenditure" in 74 Okla. Stat., Ch. 62, App. § 257:1-1-2 is declared facially unconstitutional requiring the striking of the offending phrase "taken as a whole and in context, expressly urges a particular result in an election," and that the Defendants are permanently enjoined from enforcing the stricken phrase of said statute against Plaintiff.

2. That the statutory definitions of "contribution" in 21 Okla. Stat. § 187(7)(a)(2) and 74 Okla. Stat., Ch. 62, App. § 257:1-1-2 are declared unconstitutional as applied to Plaintiff Oklahomans for Life and that Defendants are permanently enjoined against enforcing said statutes against Plaintiff.

3. That the statutory definitions of "Political action committee" in 21 Okla. Stat. § 187(13)(a) and 74 Okla. Stat., Ch. 62, App. § 257:1-1-2 are declared unconstitutional as applied to Plaintiff Oklahomans for Life and that Defendants are permanently

enjoined against enforcing said statutes against Plaintiff.

4. That the enforcement policies stated in Ethics Interpretations 90-005, 95-010, and 99-008 of Defendant Oklahoma Ethics Commission are declared unconstitutional as applied to Oklahomans for Life and that Defendants are permanently enjoined against enforcing said statutes against Plaintiff.

5. That Plaintiff Oklahomans for Life is the prevailing party in this case pursuant to 42 U.S.C. § 1988, and Plaintiff shall have thirty (30) days from the date of this Order to file its petition for attorney fees.

IT IS SO ORDERED THIS ___8th___ day of ___November___, 2001.

_____
ROBIN J. CAUTHRON
UNITED STATES DISTRICT JUDGE

ENTERED ON JUDGMENT DOCKET ON  11-8-01

APPROVED AS TO FORM AND CONTENT:


_____
ELIZABETH SHARROCK, OBA# 16934
ASSISTANT ATTORNEY GENERAL
4545 North Lincoln Blvd., Suite 260
Oklahoma City, Oklahoma 73105-3498
(405) 521-4274   FAX (405) 528-1867
**ATTORNEY FOR DEFENDANTS**


_____
JAMES BOPP, JR.
BARRY A. BOSTROM
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807-3510
(812) 232-2434   FAX (812) 235-3685
**LEAD ATTORNEYS FOR PLAINTIFF**

3